FILED
APR 1 0 2018
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-130-BLG-SPW |
|---|---|
| Plaintiff | |
| vs. | ORDER |
| WHITEBIRD LIMPY, | |
| Defendant | |

Before the Court is Defendant Whitebird Limpy's motion to introduce third-party culpability evidence. (Doc. 18). The United States responds that it has no objection to the proposed evidence so long as it is offered for a permitted use under Federal Rule of Evidence 404(b). (Doc. 22).

IT IS HEREBY ORDERED the motion to introduce third-party culpability evidence (Doc. 18) is GRANTED.

DATED this 10th day of April, 2018.

SUSAN P. WATTERS
United States District Judge

1