IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



SEP - 4 2018

Clerk, U S District Court
District Of Montana
Billings

UNITED STATES OF AMERICA,

Plaintiff,

vs.

WHITEBIRD LIMPY,

Defendant.

CR 17-130-BLG-SPW

ORDER

UPON the Defendant's Motion to File Exhibits Under Seal (Doc. 37) and good cause appearing,

IT IS HEREBY ORDERED that the exhibits to Defendant's Memorandum in Support of Motion to Dismiss or in the Alternative for Adverse Inference Instruction are filed under seal.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 31st day of August, 2018.

SUSAN P. WATTERS
United States District Judge