FILED

SEP 1 8 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-130-BLG-SPW |
| Plaintiff | |
| vs. | ORDER |
| WHITEBIRD LIMPY, | |
| Defendant | |

Upon the United States' Unopposed Motion to Dismiss Indictment Without Prejudice (Doc. 47), and for good cause being shown,

**IT IS HEREBY ORDERED** that the motion to dismiss the indictment without prejudice is **GRANTED**.

**IT IS FURTHER ORDERED** that all pending Motions are **DENIED** as moot. The hearing on Defendant's Motion to Dismiss (Doc. 35) set for October 11, 2018 at 9:00 a.m. is **VACATED**. The trial set for Monday, November 5, 2018 at 9:00 a.m. and all related deadlines are **VACATED**.

**IT IS FURTHER ORDERED** that the defendant, Whitebird Limpy be released from the custody of the U.S. Marshals Service.

1

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the entry of this Order.

DATED this 17th day of September, 2018.

SUSAN P. WATTERS
United States District Judge